IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL LYNN WILLIAMS                                                                   PLAINTIFF

VS.                                       CASE NO. 4:09-CV-4088

FORMER SHERIFF LINDA RAMBO;
WARDEN JANICE NICKLESON; JAILER
DOLLY SIMMONS; SGT. RACHEL JONES;
WAYNE WALKER; DEPUTY DON THORNELL;
DEPUTY CECIL WHITE; SHERIFF RON
STOVALL; SGT. WOODY GILES; MAJOR
GARY TURNER; SHEILA ABRAHAM-DRAKE;
and JIMMY BALLARD                                                                       DEFENDANTS

## JUDGMENT

The Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation on March 4, 2013 (ECF No. 118) related to Plaintiff's civil rights action against Defendants in their official and individual capacities. For the reasons discussed in the Court's memorandum opinion of even date, the Court adopts Judge Seteser's report in its entirety. Plaintiff's claims against Defendants Simmons, Jones, Thornell, Walker, White, Stovall, Giles, and Turner should be and hereby are **DISMISSED with prejudice**. Plaintiff's claims against Defendant Abraham-Drake are **DISMISSED without prejudice**. Defendants Rambo, Nichleson, and Ballard should be and hereby are jointly and severally liable to Plaintiff for compensatory damages in the amount of $5,000. They are also jointly and severally liable for Plaintiff's $350 filing fee in this action. Defendant Ballard is liable to Plaintiff for punitive damages in the amount of $5,000.

**IT IS SO ORDERED**, this 25th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge